UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARL L. BLANCHARD

VERSUS

SUCCESSION OF ROBERT J.
LANDRY, SR., ET AL

CIVIL ACTION

NO. 06-410-SCR

**ORDER**

Counsel for the plaintiff advised the court by letter dated December 5, 2007 that the parties have reached a settlement and asked that the trial be canceled.  Record document number 75.

Therefore;

IT IS ORDERED that the pretrial conference scheduled for May 1, 2007 and the trial scheduled for June 16, 2007 are canceled.

Baton Rouge, Louisiana, December 10, 2007.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE